ACCEPTED
06-14-00064-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 4:55:28 PM
DEBBIE AUTREY
CLERK

**No. 06-14-00064-CV**

## In The Sixth Court Of Appeals
## Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/26/2015 8:46:00 AM
~~DEBBIE AUTREY~~
Clerk

JOYCE STEEL ERECTION, LTD.,
*Appellant*

V.

GORDON RAY BONNER,
*Appellee*

## APPELLANT'S AGREED MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL

**Hankinson LLP**
O. Rey Rodriguez
State Bar No. 00791557
rrodriguez@hankinsonlaw.com
750 N. St. Paul St., Suite 1800
Dallas, Texas 75201
Telephone: 214.754.9190
Fax: 214.754.9140

**NORTON ROSE FULBRIGHT US LLP**
Rosemarie Kanusky
State Bar No. 00790999
rosemarie.kanusky@nortonrosefulbright.com
300 Convent, Suite 2100
San Antonio, Texas 78205
Telephone: 210.270.9362
Facsimile: 210.270.7205

**NORTON ROSE FULBRIGHT US LLP**
J. Jeffery Richardson
jeff.richardson@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 78201
Telephone: 214.855.8121
Facsimile: 214.855.8200

*Counsel for Appellant, Joyce Steel Erection, Ltd.*

**TO THE HONORABLE SIXTH COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 6.5(d), O. Rey Rodriguez and the law firm Hankinson LLP, file this motion to withdraw as counsel for Appellant because Mr. Rodriguez has been ill and under his doctor's care.

J. Jeffery Richardson and the law firm Norton Rose Fulbright US LLP (formerly known as Fulbright & Jaworski L.L.P.) are also counsel of record for Appellant. Appellant and Mr. Richardson, a trial attorney, request that Rosemarie Kanusky, an appellate attorney with Norton Rose Fulbright US LLP, be substituted as counsel for this matter. Her contact information is as follows:

> Rosemarie Kanusky
> Norton Rose Fulbright US LLP
> 300 Convent Street, Suite 2100
> San Antonio, Texas 783210
> Telephone: 210.270.9362
> Facsimile: 210.270.7205
> Email: rosemarie.kanusky@nortonrosefulbright.com

Although strict compliance with TEX. R. APP. P. 6.5(b) and (d) may not be required when additional counsel substitutes in this fashion, a copy of this motion will be mailed to Appellant, Joyce Steel Erection, Ltd.

For the reasons set forth above, counsel for Appellant requests that the Court grant the motion, permit O. Rey Rodriguez and the law firm Hankinson LLP to withdraw as counsel for Appellant, and substitute Rosemarie Kanusky as appellate counsel for Appellant in this matter.

Respectfully submitted,

**HANKINSON LLP**

By: _/s/ O. Rey Rodriguez_
O. Rey Rodriguez
State Bar No. 00791557
Rrodriguez@Hankinsonlaw.Com
750 N. St. Paul St., Suite 1800
Dallas, Texas 75201
Telephone: 214.754.9190
Fax: 214.754.9140

**NORTON ROSE FULBRIGHT US LLP**

By: _/s/ Rosemarie Kanusky_
Rosemarie Kanusky
State Bar No. 00790999
rosemarie.kanusky@nortonrosefulbright.com
300 Convent, Suite 2100
San Antonio, Texas 78205
Telephone: 210.224.5575
Telecopier: 210.270.7205

**NORTON ROSE FULBRIGHT US LLP**
Jeffery Richardson
Jeff.Richardson@Nortonrosefulbright.Com
2200 Ross Avenue, Suite 3600
Dallas, Texas 78201
Telephone: 214.855.8121
Facsimile: 214.855.8200

_Counsel for Appellant, Joyce Steel Election, Ltd._

## CERTIFICATES OF COMPLIANCE, CONFERENCE, AND SERVICE

I certify that the foregoing motion is 14 point font. I also certify that I conferred with counsel for Appellee, Mr. John Mercy, who agrees to the motion. Finally, I certify that copy of this motion was emailed to the following through the electronic filing portal:

Robert L. Clements
Robert@clementslaw.com
Kelly R. Clements
Kelly@clementslaw.com
CLEMENTS & CLEMENTS
731 N. St. Paulus Ave.
Dallas, Texas 78214
*Counsel for Appellee,*
*Gordon Ray Bonner*

John R. Mercy
jmercy@texarkanalawyers.com
MERCY CARTER TIDWELL, L.L.P
1724 Galleria Oaks Drive
Texarkana, Texas 75503
*Counsel for Appellee,*
*Gordon Ray Bonner*

Paul A. Bezney
paul@ahblaw.net
J. Kevin Kindred
kevin@ahblaw.net
ADKERSON, HAUDER & BEZNEY, P.C.
1700 Pacific Avenue, Ste. 4450
Dallas, Texas 75201
*Counsel for Appellant,*
*Joyce Steel Election, Ltd.*

/s/ Rosemarie Kanusky
March 24, 2015

41534296

4